TIMOTHY M. LAWLOR, WSBA No. 16352
JEFFREY L. SUPPINGER, WSBA No. 9496
Witherspoon, Kelley, Davenport & Toole, P.S.
422 West Riverside Avenue
1100 U.S. Bank Building
Spokane, WA  99201
Phone: (509) 624-5265
Fax: (509) 458-2717

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STERLING INTERNATIONAL, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VIRTOOLS CANADA, INC., A Canadian corporation, and VIRTOOLS, S.A., a French corporation,<br><br>    Defendants. | No.  CV-06-059-AAM<br><br>ORDER FOR<br>DISMISSAL WITH PREJUDICE |

   THIS MATTER having come before this Court upon the Stipulation for Dismissal With Prejudice by the parties, the Court having reviewed the file herein; NOW, THEREFORE, IT IS

ORDER FOR DISMISSAL
WITH PREJUDICE -1
C:\DOCUME~1\CHAPPLE\LOCALS~1\TEMP\NOTES6030C8\ORDER FOR DISMISSAL.DOC

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265

ORDERED that the Complaint of Plaintiff, Sterling International Inc., and Counterclaim of Defendants, Virtools Canada, Inc. and Virtools, S.A., are dismissed with prejudice and without award of costs or attorneys' fees to any party.

DATED this 17th day of April, 2007.

                         s/ Alan A. McDonald
                ALAN A. McDONALD
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL
WITH PREJUDICE -2
C:\DOCUME~1\CHAPPLE\LOCALS~1\TEMP\NOTES6030C8\ORDER FOR DISMISSAL.DOC

WITHERSPOON, KELLEY, DAVENPORT & TOOLE
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELORS

1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0300
(509) 624-5265